denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 611 Pa. 22, 23 A.3d 519.

**No. 11-7081. Raynee Denise Cook, Petitioner v. Kenneth Hubin, et al.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 357.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 16 A.3d 973.

**No. 11-7148. Martin W. Otto, et ux., Petitioners v. Hillsborough County, Florida.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 404.

January 9, 2012. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 70 So. 3d 587.

**No. 11-7159. Zachary Graves, Petitioner v. Industrial Power Generating Corporation, dba Ingenco.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 300.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis

denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 438 Fed. Appx. 174.

**No. 11-7171. Patricia Isabelle Hewlett, Petitioner v. Janina M. Elder.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 179.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Breyer took no part in the consideration or decision of this motion.

**No. 11-7305. Mike Anthony Richardson, Petitioner v. Jim Gray, et al.**

565 U.S. 1109, 132 S. Ct. 1074, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 342.

January 9, 2012. Motion of petitioner for leave to proceed in forma pauperis is denied. Petitioner is allowed until January 30, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

Same case below, 433 Fed. Appx. 176.

**No. 10-730. Livingston Rondell Johnson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1109, 132 S. Ct. 996, 181 L. Ed. 2d 731, 2012 U.S. LEXIS 407.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.